Stanley HARLEY, Plaintiff—Appellant,

v.

Kenneth BRADFORD; Donald Kitt; Bernard Walker; Viola Black; John Deloach; Valerie Jones; Shirley S. Marachesi; George T. Hagan; Carl J. Frederick; Unidentified Individuals, Defendants—Appellees.

No. 07–6278.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 21, 2007.

Decided: June 28, 2007.

Stanley Harley, Appellant Pro Se. Marshall Hodges Waldron, Jr., Keely Mikhael McComb McCoy, Carolina Litigation Associates, LLC, Bluffton, South Carolina, for Appellees.

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Harley appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harley v. Bradford,* No. 6:06–cv–01852–GRA, 2007 WL 433175 (D.S.C. Feb. 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*